QUIN DENVIR, Bar #49374
Federal Defender
Melody M. Walcott, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSHUA MOYNIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                               )<br>            Plaintiff,         )<br>                               )<br>     v.                        )<br>                               )<br>JOSHUA MOYNIER,                )<br>                               )<br>            Defendant.         )<br>                               )<br>_____ ) | NO. 1:03-cr-5027 REC<br><br>STIPULATION TO AMEND SENTENCE;  AND ORDER THEREON<br><br><br><br>Judge: Hon. Robert E. Coyle |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that defendant Joshua Moynier's sentence imposed on May 9, 2005 for twenty-eight (28) months BOP custody should be amended to twenty-seven (27)  months BOP custody.  The intent of the parties was for a sentence of time served, and a sentence of twenty-seven (27) months BOP

///
///
///
///
///
///
///
///

custody achieves that intent.

DATED: May 10, 2005

        McGREGOR W. SCOTT
        United States Attorney


By Stanley A. Boone
   STANLEY A. BOONE
   Assistant U.S. Attorney
   Attorney for Plaintiff

DATED: May 10, 2005

        QUIN DENVIR
        Federal Defender


By Melody M. Walcott
   MELODY M. WALCOTT
   Assistant Federal Defender
   Attorney for Defendant

THE ABOVE IS SO ORDERED.

DATED: May 11, 2005

/s/ ROBERT E. COYLE
The Hon. Robert E. Coyle
Sr. U.S. District Court Judge for the
Eastern District of California