UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                                  RE:    MOYNIER, Joshua
                                            Docket Number:   1:03CR05027-001
                                            **PERMISSION TO TRAVEL**
                                            **OUTSIDE THE COUNTRY**

Your Honor:

The offender is requesting permission to travel on a cruise ship leaving San Diego, CA, that include a port in Ensenada, Mexico.  Mr. Moynier is current with all supervision obligations, and the probation officer recommends approval be granted.  This request is being submitted in advance so that Mr. Monyier may confirm reservations and plans for his wedding on May 17, 2006.

**Conviction and Sentencing Date:**  On January 26, 2004, the offender was sentenced for the offense of 18 U.S.C § 371, Conspiracy to Steal Mail.  On May 9, 2005, the offender's judgment was amended, reducing the amount of custody to 28 months.  On May 11, 2005, the offender's judgment was amended a second time, reducing the amount of custody time to 27 months.

**Sentence imposed:**  27 months custody, 36 months supervised release.

**Dates and Mode of Travel:**  April 16, 2006 to April 21, 2006.  Personal vehicle to and from Los Angeles, CA.  "Monarch of the Seas" (ship) from April 17, 2006 through April 21, 2006 (sailing ports to include: Los Angeles, San Diego, Catalina Island and Ensenada, Mexico).

Rev. 03/2005
TRAVELOC.MRG

**RE:**   **MOYNIER, Joshua**
   **Docket Number:   1:03CR05027-001**
   **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

**Purpose:**  Wedding (on April 17, 2006 on board the cruise ship) and honeymoon.

Respectfully Submitted,

/s/ Philip Mizutani

Philip Mizutani
**United States Probation Officer**

**DATED:**   August 25, 2005
   Fresno, California


**REVIEWED BY:**       /s/ Bruce Vasquez
   **Bruce Vasquez**
   **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved ____X____      Disapproved _____

August 31, 2005      /s/ OLIVER W. WANGER

**Date**       **OLIVER W. WANGER**
       **United States District Judge**